TARA K. McGRATH
United States Attorney
ERIN M. DIMBLEBY
Assistant U.S. Attorney
California Bar No. 323359
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6987
Fax: (619) 546-7751
Email: Erin.Dimbleby@usdoj.gov
Attorneys for Defendant
U.S. Department of Education

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: MARGO D. BIRK,<br><br>                   Debtor,<br><br>MARGO D. BIRK,<br><br>                   Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF EDUCATION; and, DOES 1 to 5, Inclusive<br><br>                   Defendants. | Case No.: 22-03256-MM7<br><br>Adversary Case No.: 23-90016-MM<br><br>**STIPULATION FOR SECOND EXTENSION OF DEFENDANT'S TIME FOR FILING RESPONSE TO COMPLAINT** |

     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Margo D. Birk and Defendant U.S. Department of Education, through their respective counsel of record, as follows:

## RECITALS

    A.    Plaintiff filed a Chapter 7 bankruptcy petition on December 26, 2022.

B. On March 24, 2023, Plaintiff filed a complaint, commencing the present adversary proceedings, seeking dischargeability of student loans obligations under 11 U.S.C. § 523(a)(8).

C. In November 2022, the U.S. Department of Justice and U.S. Department of Education put forth new guidance and processes for individuals who seek to discharge federal student loans in bankruptcy proceedings.

D. Given the new guidance and processes, the parties are currently in the process of working towards an extrajudicial resolution of the complaint.

E. On January 19, 2024, the parties stipulated to extending the deadline for Defendant to respond to Plaintiff's Complaint through June 6, 2024. The Court granted the parties' first stipulation on January 23, 2024.

F. The parties continue to positively engage in efforts to extrajudicially resolve this matter.

E. To allow for the parties to continue in their efforts to resolve this matter, the parties jointly seek a 60-day extension of the deadline for Defendant to respond to the complaint, through and including August 5, 2024.

## AGREEMENT

Subject to the approval of the Bankruptcy Court, the deadline for Defendant to respond to the complaint is extended to and including August 5, 2024.

IT IS SO STIPULATED.

Date: June 3, 2024

Respectfully submitted,

By s/ *Scott R. Burton*
SCOTT R. BURTON
Attorney for Plaintiff

2

| | |
|---|---|
| Date:  June 3, 2024 | Respectfully submitted,<br><br>TARA K. McGRATH<br>United States Attorney<br><br>By  /s/ *Erin Dimbleby*<br>ERIN M. DIMBLEBY<br>Assistant United States Attorney<br>Attorneys for Defendant |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures, I hereby certify that the content of this document is acceptable to Scott R. Burton, counsel for Plaintiff, and that I have obtained authorization to affix his signature to this document.

| | |
|---|---|
| Date:  June 3, 2024 | By  /s/ *Erin Dimbleby*<br>ERIN M. DIMBLEBY<br>Assistant United States Attorney |